IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICAH BEWLEY, et al., On Behalf of Themselves and All Others Similarly Situated<br>Plaintiffs, | § § § § § | |
| v. | § | Civil Action No. 3:17-CV-0676-S-BK |
| ACCEL LOGISTICS, INC., Defendant. | § § § § | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Plaintiff's First Stage Motion for Notice to Potential Plaintiffs and Conditional Certification, Doc. 24, is **GRANTED IN PART**.

SO ORDERED this 29th day of May, 2018.

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE